UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>YIN NAN "MICHAEL" WANG; WENDY KO; VELOCITY INVESTMENT GROUP, INC.; BIO PROFIT SERIES I, LLC; BIO PROFIT SERIES II, LLC; BIO PROFIT SERIES III, LLC; BIO PROFIT SERIES V, LLC; and ROCKWELL REALTY MANAGEMENT, INC.,<br><br>Defendants. | Case No. CV 13-7553-JAK (SSx)<br><br>ORDER GRANTING STIPULATION TO WAIVE REQUIREMENTS OF 28 U.S.C. § 2001(a) AND (b) IN CONNECTION WITH RECEIVER'S PENDING AND FORTHCOMING ASSET SALE MOTIONS<br><br>Date:  No Hearing Required<br>Ctrm:  23<br>Judge: Suzanne H. Segal |

The Court has reviewed and considered the Stipulation to Waive Requirements of 28 U.S.C. § 2001(a) and (b) in Connection with Receiver's Pending and Forthcoming Asset Sale Motions (the "Stipulation") entered into by and between: (1) David P. Stapleton (the "Receiver"), the Court-appointed receiver for Velocity Investment Group, Inc., Bio Profit Series I, LLC, Bio Profit Series II, LLC, Bio Profit Series III, LLC, Bio Profit Series V, LLC, Rockwell Realty Management, Inc., and their respective subsidiaries and affiliates (collectively, the "Receivership Entities"); (2) Plaintiff Securities and Exchange Commission; and (3) Defendant

Yin Nan "Michael" Wang (collectively, the "Parties").  Good cause appearing therefore, the Court GRANTS the Stipulation and ORDERS as follows:

1. By agreement, the Parties have waived the requirements of 28 U.S.C. § 2001(a) and (b) in connection with the Receiver's pending and forthcoming Sale Motions, as the term "Sale Motions" is defined in the Stipulation.

2. Accordingly, the Receiver is excused from compliance with the requirements of 28 U.S.C. § 2001(a) and (b) in connection with all pending and forthcoming Sale Motions submitted to the Court in this action and the proposed sales of Receivership Assets, as the term "Receivership Assets" is defined in the Stipulation, that they reflect.

3. The Parties retain and reserve any and all other of their respective rights arising in connection with this action, including in connection with the Receiver's pending and forthcoming Sale Motions.

**IT IS SO ORDERED.**

Dated:  May 15, 2015

                                                  /S/
Suzanne H. Segal
Magistrate Judge, United States District Court