DAVID R. ZARO (BAR NO. 124334)
JOSHUA A. DEL CASTILLO (BAR NO. 239015)
ALANA U. THORBOURNE (BAR NO. 284591)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
jdelcastillo@allenmatkins.com
athorbourne@allenmatkins.com

Attorneys for Receiver
DAVID P. STAPLETON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>YIN NAN "MICHAEL" WANG; WENDY KO; VELOCITY INVESTMENT GROUP, INC.; BIO PROFIT SERIES I, LLC; BIO PROFIT SERIES II, LLC; BIO PROFIT SERIES III, LLC; BIO PROFIT SERIES V, LLC; and ROCKWELL REALTY MANAGEMENT, INC.,<br><br>Defendants. | Case No. CV 13-7553-JAK (SSx)<br><br>NOTICE OF ERRATA RE: DECLARATION OF DAVID P. STAPLETON, IN SUPPORT OF MOTION FOR ORDER AUTHORIZING AND APPROVING SALE OF COMMERCIAL AND RESIDENTIAL REAL PROPERTIES OUT OF RECEIVERSHIP<br><br>Date: July 21, 2015<br>Time: 10:00 a.m.<br>Ctrm: 23<br>Judge: Suzanne H. Segal |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Paragraph 16 of the Declaration of David P. Stapleton, filed on June 15, 2015 in support of the Motion For Order Authorizing And Approving The Sale of Commercial And Residential Real Properties Out of Receivership, mistakenly states that **Exhibit 5** thereto reflects "a true and correct redacted" copy of the contingent Residential Purchase and Sale Agreement and Joint

Escrow Instructions ("Residential PSA") for the property located at 1337 Cherry Avenue, Beaumont, California 92223.

In accordance with this Court's prior instructions that the Receiver submit unredacted Residential PSAs for consideration by the Court, **Exhibit 5** to the Declaration of David P. Stapleton is, in fact, a true and correct, *unredacted* copy of the Residential PSA.

Dated: June 15, 2015

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA A. DEL CASTILLO
ALANA U. THORBOURNE

By: */s/ Joshua A. del Castillo*
JOSHUA A. DEL CASTILLO
Attorneys for Receiver
DAVID P. STAPLETON

# PROOF OF SERVICE

*Securities and Exchange Commission v. Yin Nan "Michael" Wang; Velocity Investment Group, et al.*
USDC, Central District of California – Western Division (Los Angeles) – Case No. 2:13-cv-07553-JAK-SSx

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, 9th Floor, Los Angeles, California 90071-3309.

A true and correct copy of the foregoing document(s) described as: **NOTICE OF ERRATA RE DECLARATION OF DAVID P. STAPLETON IN SUPPORT OF MOTION FOR ORDER AUTHORIZING AND APPROVING SALE OF COMMERCIAL AND RESIDENTIAL REAL PROPERTIES OUT OF RECEIVERSHIP** will be served in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF. On **June 15, 2015**, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Andrew Cowan**
  acowan@gallo-law.com
- **Lynn M. Dean**
  deanl@sec.gov, LAROFiling@sec.gov, kassabguir@sec.gov, berryj@sec.gov, irwinma@sec.gov
- **Joshua A. del Castillo**
  jdelcastillo@allenmatkins.com,athorbourne@allenmatkins.com
- **Edward Gartenberg**
  egartenberg@gghslaw.com, mdolukhanyan@gghslaw.com, ssimich@gghslaw.com
- **Philip C. Law**
  plaw168@gmail.com
- **REO Property Group, LLC**
  pLaw168@gmail.com
- **David J. VanHavermaat**
  vanhavermaatd@sec.gov, LAROFiling@sec.gov, carnegieo@sec.gov, berryj@sec.gov,irwinma@sec.gov

2. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**: On **June 15, 2015**, I served the following person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope, U.S. Mail first class, and/or with an overnight mail service addressed as stated below. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business.

Franchise Tax Board (FTB)
P.O. Box 2952
Sacramento, CA 95812-2952 **Via U.S. Mail**

Internal Revenue Service
880 Front Street
San Diego, CA 92101-8869 **Via U.S. Mail**

3. **SERVED BY PERSONAL DELIVERY OR FACSIMILE (indicate method for each person or entity served)**: On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this case by personal delivery. I caused such envelope to be delivered by hand to the offices of the addressee by delivering same to an employee of Nationwide Attorney Service located at 1609 James M. Wood Blvd., Los Angeles, California 90017.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **June 15, 2015** at Los Angeles, California.

/s/ *Martha Diaz*
Martha Diaz