# EXHIBIT A

Securities and Exchange Commission v. Yin Nan "Michael" Wang, et al.
Exhibit A - General Background

- Complaint of Plaintiff Securities and Exchange Commission (the "Commission") (filed October 15, 2013; Docket No. 3.)
- Order Granting Commission's Motions for Preliminary Injunction and Appointment of Receiver (entered April 1, 2014; Docket No. 93.)
- Order on Joint Stipulation for Order Regarding the Appointment of David Stapleton as Receiver (entered April 8, 2014; Docket No. 98.)
- Supplemental Order (entered July 14, 2014; Docket No. 125.)
- Initial Report and Application for Further Instructions of Receiver ("Initial Report") (filed August 20, 2014; Docket No. 126.)
- Order Granting In Part Receiver David P. Stapleton's Application for Further Instructions (the "Authorization Order") (entered October 7, 2014; Docket No. 145.)
- Receiver's First Interim Report and Application for Further Instructions (filed December 5, 2014; Docket No. 151.)
- Supplemental Report and Application for Further Instructions ("Supplemental Report") (filed January 7, 2015; Docket No. 155.)
- Second Interim Application for Payment of Fees and Reimbursement of Expenses of Receiver and Professionals ("Second Fee Application") (filed January 7, 2015; Docket Nos. 157159.)
- Order Granting, In Part, First Interim Report and Application for Further Instructions (entered January 14, 2015; Docket No. 166.)
- Receiver's Second Interim Report and Application for Further Instructions (filed April 1, 2015; Docket Nos. 184-185.)
- Receiver's Motion for Order Authorizing and Approving Sale of Loan Portfolio and Real Properties out of Receivership (the "Loan Sale Motion") (filed April 3, 2015; Docket Nos. 187-189)
- Order Granting Loan Sale Motion (entered May 16, 2015; Docket No. 204)
- Receiver's Motion to Approve Receiver's Settlement with Huntington Capital L.P. (the "Settlement Motion") (filed June 1, 2015; Docket Nos. 218-220.)
- Receiver's Motion for Order Authorizing and Approving Sale of Commercial and Residential Real Properties out of Receivership (the "Property Sale Motion") (filed June 15, 2015; Docket Nos. 223-227 and 229-230.)
- Receiver's Supplemental Report Regarding Property Sale Motion (the "Highland Supplemental Report") (filed July 28, 2015; Docket No. 238.)
- Minute Order Granting, In Part, and Denying, In Part, Commission's Motion for Summary Judgment (entered August 18, 2015; Docket No. 246.)
- Order Granting Settlement Motion (entered August 26, 2015; Docket No. 247.)
- Order Granting Property Sale Motion (entered August 26, 2015; Docket No. 248.)
- Receiver' Second Motion for Order Authorizing and Approving Sale of Commercial and Residential Real Properties out of Receivership (the "Second Property Sale Motion") (filed November 6, 2015; Docket Nos. 265-270.)
- Order Granting Third Interim Report and Application for Further Instructions (entered November 25, 2015; Docket No. 272.)

- Order Granting Second Property Sale Motion (entered November 25, 2015; Docket No. 273.)
- Receiver's Motion for Order Approving Settlement with Ojai Oakview Senior Living, LLC ("Ojai Settlement Motion") (filed January 22, 2016; Docket No. 279.)
- Order Granting Ojai Settlement Motion (entered February 24, 2016; Docket No. 286.)
- Receiver' Third Motion for Order Authorizing and Approving Sale of Residential Real Properties out of Receivership (the "Third Property Sale Motion") (filed March 17, 2016; Docket Nos. 291-295.)
- Receiver's Second Supplemental Report Regarding Anticipated Sale of Real Property Located at 26655 Highland Avenue, Highland, California (the "Second Highland Supplemental Report") (filed March 22, 2016; Docket No. 297.)
- Order on Stipulation for Release of Real Property From Receivership Estate (entered April 8, 2016; Docket No. 301.)
- Order Granting Third Property Sale Motion (entered April 18, 2016; Docket No. 304.)
- Receiver's Fourth Motion for Order Authorizing and Approving Sale of Real Properties Out of Receivership ("Fourth Property Sale Motion") (filed April 29, 2016; Docket Nos. 206-311.)
- Order Granting Fourth Property Sale Motion (entered June 13, 2016; Docket No. 313.)
- Receiver's Fifth Motion for Order Authorizing and Approving Sale of Real Properties Out of Receivership ("Fifth Property Sale Motion") (filed July 1, 2016; Docket Nos. 314-318.)
- Order Granting Fifth Property Sale Motion (entered July 18, 2016; Docket No. 320.)
- Receiver's Third Supplemental Report Re: Real Property Located at 26655 Highland Avenue, Highland, California 92346 ("Third Highland Supplemental Report") (filed July 25, 2016; Docket No. 321)
- Motion for Order by secured creditors, REO Property Group, LLC, Frank Zeng, and Hilda Zeng, regarding the real property located at 26655 Highland Avenue, Highland, California 92346 ("Foreclosure Motion") (filed October 17, 2016; Docket No. 329.)
- Receiver's Opposition to the Foreclosure Motion (filed October 25, 2016; Docket No. 330.)
- Reply to the Foreclosure Motion (filed October 31, 2016; Docket No. 335.)
- Receiver's Fourth Supplemental Report Re: Real Property Located at 26655 Highland Avenue, Highland, California 92346 (filed November 9, 2016; Docket No. 340.)
- Notice of Withdrawal of the Foreclosure Motion (filed November 14, 2016; Docket No. 342.)
- Receiver's Sixth Motion for Order Authorizing and Approving Sale of Real Properties Out of Receivership ("Sixth Property Sale Motion") (filed November 17, 2016; Docket No. 344.)
- Joint Report regarding the Foreclosure Motion (filed December 12, 2016; Docket No. 363.)
- Order Granting Sixth Property Sale Motion (entered January 4, 2017; Docket No. 365.)
- Receiver's Motion for Order: (1) Establishing Summary Claims Procedures; (2) Setting Claims Bar Date; and (3) Approving Proposed Claim Form (the "Claims Procedures Motion") (filed January 31, 2017; Docket Nos. 366-367.)
- Supplemental Joint Report regarding the Foreclosure Motion (filed February 14, 2017; Docket No. 368.)
- Order Granting Motion of Receiver, David P. Stapleton, for Order: (1) Establishing Summary Claims Procedures; (2) Setting Claims Bar Date; and (3) Approving Proposed Claim Form (filed March 8, 2017; Docket No. 370);

- Sixth Interim Report and Application for Further Instructions of Receiver, David P. Stapleton (Filed September 14, 2017, Docket Nos. 381-382)
- Notice of Motion and Omnibus Motion of Receiver, David P. Stapleton, for Order: (1) Approving Receiver's Recommended Treatment of Claims; and (2) Authorizing Recommended Distribution on Allowed Claims ("Approval Motion") (filed January 21, 2018, Docket No. 389); and
- Order Granting Approval Motion (entered March 9, 2018, Docket No. 390).

# EXHIBIT B

**STANDARDIZED FUND ACCOUNTING REPORT for Velocity Consolidated – Cash Basis**
Receivership; Civil Court Docket No. CV-13-7553 JAK
Reporting Period 04/01/2014 to 12/31/2018

| FUND ACCOUNTING (See instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| **Line 1** | **Beginning Balance (as of 04/01/2014)** | | 0.00 | |
| | **Increases in Fund Balance:** | | | |
| **Line 2** | **Business Income** | | 896,718.75 | |
| **Line 3** | **Cash and Securities** | | 1,369,623.54 | |
| **Line 4** | **Interest/Dividend Income** | | | |
| **Line 5** | **Business Asset Liquidation** | | 3,051,189.40 | |
| **Line 6** | **Personal Asset Liquidation** | | | |
| **Line 7** | **Third-Party Litigation Income** | | | |
| **Line 8** | **Miscellaneous – Other** | | | |
| | **Total Funds Available (Lines 1 – 8):** | | | 5,317,531.69 |
| | *Decreases in Fund Balance:* | | | |
| **Line 9** | **Disbursements to Investors** | | 2,977,060.21 | |
| **Line 10** | **Disbursements for Receivership Operations** | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | 1,768,346.49 | |
| *Line 10b* | *Business Asset Expenses* | | 495,754.20 | |
| *Line 10c* | *Personal asset Expenses* | | | |
| *Line 10d* | *Investment Expenses* | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Third-Party Litigation Expenses* | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| | **Total Disbursements for Receivership Operations** | | | 5,241,160.90 |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator ........................................ | | | |
| |    Independent Distribution Consultant (IDC) ................ | | | |
| |    Distribution Agent ........................................ | | | |
| |    Consultants ............................................... | | | |
| |    Legal Advisers ............................................ | | | |
| |    Tax Advisers .............................................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator ........................................ | | | |
| |    IDC ....................................................... | | | |
| |    Distribution Agent ........................................ | | | |
| |    Consultants ............................................... | | | |

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | Legal Advisers ............................................................... |  |  |  |
|  | Tax Advisers ................................................................. |  |  |  |
|  | 2.   Administrative Expenses |  |  |  |
|  | 3.   Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan ............................... |  |  |  |
|  | Claimant Identification ................................................ |  |  |  |
|  | Claims Processing ....................................................... |  |  |  |
|  | Web Site Maintenance/Call Center ............................. |  |  |  |
|  | 4.   Fund Administrator Bond |  |  |  |
|  | 5.   Miscellaneous |  |  |  |
|  | 6.   Federal Account for Investor Restitution (FAIR) Reporting Expenses |  |  |  |
|  | *Total Plan Implementation Expenses* |  |  |  |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** |  |  |  |
| Line 12 | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* |  |  |  |
| Line 12b | *Federal Tax Payments* |  |  |  |
|  | **Total Disbursements to Court/Other:** |  |  |  |
|  | **Total Funds Disbursed (Lines 9 – 11):** |  |  | 5,241,160.90 |
| Line 13 | **Ending Balance (as of 12/31/2018):** |  |  | 76,370.79 |
| Line 14 | **Ending Balance of Fund – Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* |  | 76,370.79 |  |
| Line 14b | *Investments* |  |  |  |
| Line 14c | *Other Assets or Uncleaned Funds* |  |  |  |
|  | Total Ending Balance of Funds – Net Assets |  |  | 76,370.79 |
|  |  | **OTHER SUPPLEMENTAL INFORMATION:** | | |
|  |  | **Detail** | **Subtotal** | **Grand Total** |
|  | ***Report of Items NOT To Be Paid by the Fund:*** |  |  |  |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |
|  | 1.   Fees: |  |  |  |
|  | Fund Administrator ...................................................... |  |  |  |
|  | IDC ................................................................................ |  |  |  |
|  | Distribution Agent ........................................................ |  |  |  |
|  | Consultants ................................................................... |  |  |  |
|  | Legal Advisers .............................................................. |  |  |  |
|  | Tax Advisers ................................................................. |  |  |  |
|  | 2.   Administrative Expenses |  |  |  |
|  | 3.   Miscellaneous: |  |  |  |
|  | *Total Plan Development Expenses Not Paid by the Fund* |  |  |  |
| Line 15b | *Plan Implementation Expenses Not paid by the Fund:* |  |  |  |
|  | 1.   Fees: |  |  |  |
|  | Fund Administrator ...................................................... |  |  |  |
|  | IDC ................................................................................ |  |  |  |
|  | Distribution Agent ........................................................ |  |  |  |
|  | Consultants ................................................................... |  |  |  |
|  | Legal Advisers .............................................................. |  |  |  |
|  | Tax Advisers ................................................................. |  |  |  |
|  | 2.   Administrative Expenses |  |  |  |
|  | 3.   Investor Identification: |  |  |  |
|  | Notice/Publishing Approved Plan ............................... |  |  |  |

| | | | | |
|---|---|---|---|---|
| | Claimant Identification ................................................. | | | |
| | Claims Processing ..................................................... | | | |
| | Web Site Maintenance/Call Center .............................. | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period   ...1,122* | | | |
| Line 18b | *# of Claims Received Since Inception of Fund  ....1,122* | | | |
| Line 19 | **No. of Claims/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period  ...1,112* | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund ...1,112* | | | |

Receiver:

By: _____
(signature)

David P. Stapleton
(printed name)

Receiver
(title)

Date: 3/28/2019