1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11

12   SECURITIES AND EXCHANGE            Case No. CV 13-7553-JAK (SSx)
     COMMISSION,
13                                      ORDER:  (1) APPROVING FINAL
                     Plaintiff,         REPORT AND ACCOUNTING; (2)
14                                      AUTHORIZING PAYMENT OF FINAL
            v.                          FEE APPLICATION OF RECEIVER
15                                      AND PROFESSIONALS; (3)
     YIN NAN "MICHAEL" WANG;            AUTHORIZING FINAL
16   WENDY KO; VELOCITY                 DISTRIBUTION AND ESTABLISHING
     INVESTMENT GROUP, INC.; BIO        RESERVE; (4) AUTHORIZING
17   PROFIT SERIES I, LLC; BIO PROFIT   SUBMISSION OF APPROPRIATE TAX
     SERIES II, LLC; BIO PROFIT SERIES  RETURNS; (5) AUTHORIZING
18   III, LLC; BIO PROFIT SERIES V, LLC; ABANDONMENT OR DESTRUCTION
     and ROCKWELL REALTY               OF DOCUMENTS; AND (6) CLOSING
19   MANAGEMENT, INC.,                  RECEIVERSHIP CASE AND
                                        DISCHARGING AND RELEASING
20                   Defendants.        RECEIVER

21

22

23

24

25

26

27

28

                                        ORDER APPROVING MOTION TO
                                        CONCLUDE RECEIVERSHIP

## ORDER

Before the Court in the above-captioned action is the Motion of Receiver, David P. Stapleton, for Order: (1) Approving Final Report and Accounting; (2) Authorizing Payment of Final Fee Applications of Receiver and Professionals; (3) Authorizing Final Distribution and Establishing a Reserve; (4) Authorizing Submission of Appropriate Tax Returns; (5) Authorizing Abandonment or Destruction of Documents; and (6) Closing the Receivership and Discharging and Releasing Receiver (the "Wind-Down Motion"), filed by David P. Stapleton ("Receiver"), the Court-appointed receiver for Velocity Investment Group, Inc., Bio Profit Series I, LLC, Bio Profit Series II, LLC, Bio Profit Series III, LLC, Bio Profit Series V, LLC, Rockwell Realty Management, Inc., and their respective subsidiaries and affiliates (collectively, the "Receivership Entities").

Having reviewed the Receiver's Wind-Down Motion, the concurrently filed Receiver's Final Report and Accounting, and the final fee applications of the Receiver and his counsel of record, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins"), and all supporting materials submitted therewith, and good cause appearing therefor, the Court finds the relief requested is reasonable and appropriate, and further finds that it is now appropriate to close the receivership case and discharge and release the Receiver.

Accordingly, the Court **GRANTS** the Receiver's Wind-Down Motion, in its entirety and further ORDERS as follows:

**IT IS HEREBY ORDERED THAT:**

1.      The Court **APPROVES** the Receiver's Final Report and Accounting submitted concurrently with the Wind-Down Motion;

2.      Fees and expenses to the Receiver in the respective amounts of $28,530.50 and $898.97 are **APPROVED**, and the Receiver is **AUTHORIZED** to pay these fees and expenses out of assets of the Receivership Entities;

3.      Fees and expenses to Allen Matkins in the respective amounts of $33,649.27 and $113.12 are **APPROVED**, and the Receiver is **AUTHORIZED** to pay these fees and expenses out of assets of the Receivership Entities.

4.      A reserve in the amount of $50,000 is established and the Receiver is **AUTHORIZED** to pay any remaining administrative fees and expenses from this reserve without further order of this Court, and the Receiver shall remit any funds remaining after the application of the reserve to such fees and expenses to the Securities and Exchange Commission;

5.      The Receiver is **AUTHORIZED** to make a final, *pro rata* distribution in the aggregate amount of $136,522.06 to all investors and creditors with allowed claims in accordance with this Court's prior orders and in the amounts as set forth in the Recommended Final Distribution Schedule attached as **Exhibit A** to the Receiver's declaration submitted in support of the Wind-Down Motion;

6.      The Receiver is **AUTHORIZED** to submit final tax returns for the Receivership Entities;

7.      The Receiver is **AUTHORIZED** to abandon or destroy Receivership Entity documents and records containing exclusively non-private information, and to destroy Receivership Entity documents and records containing private information after forty-five (45) days from the date of this Order;

8.      Upon the submission of a declaration and final reconciliation from the Receiver reflecting completion of the above-tasks, and without further order of the Court, the Court **CLOSES** the above-captioned receivership case, **DISCHARGES** the Receiver from his duties and obligations as reflected in the Court's prior orders, and **RELEASES** the Receiver from any liability arising from or in connection with his service as Receiver, the Receivership Entities, and the above-captioned receivership case.

1    **IT IS SO ORDERED.**

2

3    Dated:  May 24, 2019 _____                    _____/S/_____

4                                                    Suzanne H. Segal
                                                     Magistrate Judge, United States District
5                                                    Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING MOTION TO
CONCLUDE RECEIVERSHIP